THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ULTIMATE TIMING, L.L.C., a Washington limited liability company; and ARASH KIA, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID SIMMS, an individual; SA INNOVATIONS, LLC d/b/a SAI TIMING & TRACKING, a Michigan limited liability company,<br><br>Defendants. | Case No. 2:08-CV-01632-MJP<br><br>ORDER ON DEFENDANTS' MOTION TO COMPEL COMPLETE ANSWERS TO INTERROGATORIES |

This matter came before the Court on Defendants' Motion to Compel Complete Answers to Interrogatories. (Dkt. No. 49) Having reviewed the parties' written submissions (Dkt Nos. 61, 65) and the remainder of the record, IT IS HEREBY ORDERED AND ADJUDGED that:

Defendants' Motion to Compel Complete Answers to Interrogatories (Dkt No. 49) is GRANTED. The Court orders Plaintiffs to provide specific and complete answers to Defendants' Interrogatory Nos. 8, 13, 14, and 15, including without limitation identifying with specificity the trade secrets and confidential information that Plaintiffs allege

1 | Defendants misappropriated or wrongfully disclosed or used.  The Court further orders that
2 | Plaintiffs serve these answers on Defendants within ten (10) days of this Order.
3 | The Clerk is directed to transmit a copy of this Order to all counsel of record.
4 | Dated this 19th day of November, 2009.

Marsha J. Pechman
United States District Judge

CERTIFICATE OF SERVICE, Case No. 2:08-CV-01632-MJP - 3

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
US Bank Centre
1420 5th Ave., Suite 3010
Seattle, WA 98101
Telephone 206.622.1711  Fax 206.292.0460

PDX/120365/167570/MRE/5167498.1