1

2

3

4

5

6
                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
                             AT SEATTLE

7   ULTIMATE TIMING, L.L.C., a Washington          Case No. 2:08-CV-01632-MJP
    limited liability company; and ARASH KIA,
8   an individual,
                                                    ORDER ON PARTIES' DISCOVERY
9                        Plaintiffs,                MOTIONS

10  v.

11  DAVID SIMMS, an individual; SA
    INNOVATIONS, LLC d/b/a SAI TIMING &
12  TRACKING, a Michigan limited liability
    company,
13
                         Defendants.
14

15        This matter comes before the Court on Plaintiffs' motion for leave to take additional

16  depositions and Defendants' motion for extension of time and additional depositions.  (Dkt.

17  Nos. 77, 79.)  Both parties have filed responses (Dkt. Nos. 81, 89) and, by agreement, have

18  asked the Court to consider the motions without any reply briefs.  As set forth below, the

19  Court GRANTS IN PART and DENIES IN PART both motions.

20     1.  Plaintiffs seek leave to take a total of 19 depositions while Defendants seek leave to

21         take 13 in total.  (Dkt. No. 77 at 2; Dkt. No. 79 at 2.)  The Court grants leave for the

22         parties to take as many as 15 depositions per side.  The Court finds that the record

23         does not support Plaintiffs' request for a total of 19 depositions.

24

25

26

2. To the extent Defendants' motion seeks an extension of time to complete discovery, the request is denied. The motion for an extension of time seeks to delay the dispositive motions deadline without a coordinate extension of the trial date.

3. After the parties indicated their desire to have these motions considered without reply briefs, Plaintiffs' filed a motion to strike a brief that had been inadvertently filed. (Dkt. No. 94.) The Court GRANTS Plaintiffs' motion to strike their own brief and has not considered the document (Dkt. No. 92) in reaching today's decisions.

The Clerk is directed to transmit a copy of this Order to all counsel of record.

Dated this 22nd day of December, 2009.

Marsha J. Pechman
United States District Judge